**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In Re:** : | |
| : | |
| **PENNGOOD, LLC** : | **CASE NO 20-00230** |
| : | **Chapter 11** |
| : | |
| **Debtor** : | |
| : | |

# MOTION TO APPROVE CONDITIONAL DISCLOSURE
# IN SUBCHAPTER V PLAN AND SET DEADLINES FOR CONFIRMATION

COMES NOW the debtor, PENNGOOD, LLC, by counsel, and moves this Court for the entry of an Order approving the disclosure portion of its Subchapter V Plan and to set dates appropriate for its confirmation, and in support thereof it states as follows:

1. The debtor filed this case on May 19, 2020, and filed a Plan of reorganization under Subchapter V on August 14, 2020 (Docket Item No. 57).

2. 11 U.S.C. 1125(f) provides for the approval of disclosures in a Plan in a small business case in lieu of a separate disclosure statement. The Plan filed by the debtor has such disclosures for which the debtor here seeks conditional approval.

WHEREFORE the debtor prays that this Court enter an order:

(1) conditionally approving the disclosures in the debtor's Subchapter V Plan, and

(2) setting deadlines for distribution of the Subchapter V Plan, the ballots, such notices as the Court may direct, the return of the ballots, and a date for a confirmation hearing and such other deadlines and dates as the case may require.

Penngood, LLC
By counsel

/s/ RICHARD G. HALL
Richard G. Hall, Esquire
Counsel for the Debtor
601 King Street, Suite 301,
Alexandria, Virginia  22314
(703)256-7159
DC Bar No. 38294

## Certificate of Service

I hereby certify that on August 28, 2020, a copy of this Motion was served on the United States Trustee, and the Subchapter 5 Trustee via ECF.

/s/ Richard G. Hall